UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| FIRST NATIONAL TITLE INSURANCE COMPANY § § § | |
| v. § | CIVIL CASE NO. 4:21-CV-462-SDJ |
| § | |
| ENTRUST ENTERPRISES, LLC, ET AL. § § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Came on for consideration the Report and Recommendation of the United States Magistrate Judge ("Report"), this matter having been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On January 7, 2022, the Report of the Magistrate Judge, (Dkt. #30), was entered containing proposed findings of fact and recommendations that Defendants Entrust Enterprises, LLC, and Jonathan Yasko's Motion to Transfer Venue, (Dkt. #7), be granted and this action be transferred to the United States District Court for the Middle District of Florida, Orlando Division. Having assessed the Report and the record in this case, and no objections to the Report having been timely filed, the Court determines that the Magistrate Judge's Report should be adopted.

It is therefore **ORDERED** that Defendants Entrust Enterprises, LLC, and Jonathan Yasko's Motion to Transfer Venue, (Dkt. #7), is **GRANTED**. The Clerk is directed to transfer this case to the United States District Court for the Middle District of Florida, Orlando Division.

**So ORDERED and SIGNED this 8th day of February, 2022.**

SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE